# Exhibit 2

**EXHIBIT 2**

**Invalidity of U.S. Patent No. 9,130,074 ("the '074 Patent") in View of Polysilicon Tunnel Junctions as Alternates to Diffused Junctions ("Borden")**

Borden was published in September 2008 and reflects Borden's invention in the United States that was not abandoned, suppressed, or concealed. Borden qualifies as prior art under at least 35 U.S.C. § 102(a), (b), and (g) (pre-AIA).

The Administrative Law Judge has not yet construed the claims and therefore the meaning of the terms in the claims has yet to be resolved. The support identified here for limitations of the Asserted Claims of the '074 Patent is responsive to Complainant's apparent infringement contentions in its Complaint, which Respondents disagree with. As such, nothing in Respondents' claim charts should be construed as an admission regarding infringement, either literally or under the doctrine of equivalents, or as an admission regarding Respondents' understanding of the proper scope of the Asserted Claims of the '074 Patent.

All cross-references should be understood to include material that is cross-referenced within the cross-reference. Where a particular Figure is cited, the citation should be understood to encompass the caption and description of the Figure as well as any text relating to or describing the Figure. Conversely, where particular text referring to a Figure is cited, the citation should be understood to include the Figure as well. Respondents reserve the right to rely on additional citations or sources of evidence that also may be applicable, or that may become applicable in light of claim construction, changes in Complainant's infringement and/or domestic industry contentions, and/or information obtained during discovery as the Investigation progresses.

To the extent Complainant alleges that Borden does not disclose any particular limitation of the Asserted Claims of the '074 Patent, either expressly or inherently, it would have been obvious to a person of ordinary skill in the art as of the priority date of the '074 Patent to modify Borden and/or to combine the teachings of Borden with other prior art references, including but not limited to the prior art references cited in the Cover Pleading and the relevant section(s) of claim charts for other prior art references for the '074 Patent in a manner that would have rendered the Asserted Claims invalid as obvious.

Because Complainant has yet to identify any limitation of the Asserted Claims of the '074 Patent that it contends is not fully disclosed by Borden, either alone or in combination with other prior art cited by Respondents, Respondents expressly reserve the right to rebut any such contention, including by identifying additional obviousness combinations, if any such contention is made by Complainant. Respondents further reserve the right to amend or supplement this claim chart at a later date as more fully set forth in the Cover Pleading.

**EXHIBIT 2**

## I. Independent Claim 1

| Claim 1 | Borden |
|---|---|
| **1[pre]** A method of fabricating a solar cell, comprising; | To the extent the preamble is limiting, Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"ABSTRACT: We report use of heavily doped polysilicon combined with a tunnel dielectric to provide an alternate to diffused junctions for silicon solar cells. Thin tunnel dielectrics (6-12Å) are fabricated using methods adapted from IC processing. These serve as diffusion barriers and passivation layers. When combined with heavily doped polysilicon, they can form an ideal step junction with interface passivation, enabling low dark currents not possible with diffused emitters. We show that it is possible to obtain hyper-abrupt junctions with the tunnel layer providing interface passivation, and that these junctions obtain a $V_{OC}$ of 676 mV on 780 µm thick substrates."<br>Borden, 1149.<br><br>"The objective of this work is to use IC processing to understand the process requirements for a polysilicon emitter. This enables use of well-characterized and controlled processes to determine which processes are best and to establish the process window. In general, processes are limited to a temperature window of <1050°C and time window in the 20-60 second range, to allow scaling while maintaining control."<br>Borden, 1149.<br><br>"The development test vehicle is a single-sided device, with a diffused back surface field and a front tunnel layer, as shown in figure 2, with the process flow given in figure 3. The standard back side enables understanding of the physics of the polysilicon emitter on the front. Two variations are being examined. The first uses a thin p-type poly with an overlaid ITO as an antireflection (AR) coating and contacting layer. The second uses a thicker poly with a $Si_3N_4$ AR coating. Lithography is used to define contacts."<br>Borden, 1149. |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| | **Figure 3:** Process flow.<br><br>Borden, Fig. 3.<br><br>To the extent that this preamble is not disclosed, either explicitly or inherently, by Borden, this preamble is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **1[a]** providing a wafer as a central substrate; | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"Because the IC equipment runs 300 mm wafers, we have been restricted to 780 μm thick CZ substrates without texture, and are constrained to available 300 mm substrates. The n-type substrates, with resistivity of 3-6 Ω-cm, consistently show lifetimes > 1 msec, but the p-type substrates of similar resistivity are variable. Therefore, most |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| | processing has been on n-type. This is in any case preferred to achieve higher bulk lifetime, but requires special consideration to block boron diffusion through the tunnel layer."<br>Borden, 1149-1150.<br><br>"To characterize the passivation performance of the PE structure, n-type CZ wafers were coated front and back with a thin tunnel layer. Three base oxide layers were used: chem-ox, which is a chemical oxide formed after the standard MOS clean, and 8 and 10Å thick rapid thermal oxides (RTO). Amorphous silicon was then deposited and crystallized with a 30 second RTA at 1000°C. Lifetime was then measured using the Quasi Steady-State Photoconductance method (QSSPC). Figure 6 shows the results of this experiment."<br>Borden, 1150.<br><br><br><br>**Figure 2:** Device structure and process flow. A) with diffused BSF (formed by diffusion during Rapid Thermal Anneal (RTA) of phosphorous doped poly) on n-type Si.<br><br>Borden, Fig. 2. |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| | **Figure 3:** Process flow.<br><br><br>Borden, Fig. 3. |

**EXHIBIT 2**

| Claim 1 | Borden |
| --- | --- |
| | <br><br>**Figure 6**: QSSPC lifetimes for symmetric front/back PE structures on n-type CZ.<br>Borden, Fig. 6.<br><br><br>**Figure 7**: QSSPC (black) and Suns-Voc (red) measurements of Voc for PE structures, for three increasing poly thicknesses (300, 350 and 400 nm)and three tunnel dielectric layers.<br>Borden, Fig. 7. |

EXHIBIT 2

| Claim 1 | Borden |
|---|---|
| | To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **1[b]** depositing or growing at least one amorphous interface passivation layer over the substrate; | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"ABSTRACT: We report use of heavily doped polysilicon combined with a tunnel dielectric to provide an alternate to diffused junctions for silicon solar cells. Thin tunnel dielectrics (6-12Å) are fabricated using methods adapted from IC processing. These serve as diffusion barriers and passivation layers. When combined with heavily doped polysilicon, they can form an ideal step junction with interface passivation, enabling low dark currents not possible with diffused emitters. We show that it is possible to obtain hyper-abrupt junctions with the tunnel layer providing interface passivation, and that these junctions obtain a $V_{OC}$ of 676 mV on 780 µm thick substrates."<br>Borden, 1149.<br><br>"The development test vehicle is a single-sided device, with a diffused back surface field and a front tunnel layer, as shown in figure 2, with the process flow given in figure 3. The standard back side enables understanding of the physics of the polysilicon emitter on the front. Two variations are being examined. The first uses a thin p-type poly with an overlaid ITO as an antireflection (AR) coating and contacting layer. The second uses a thicker poly with a $Si_3N_4$ AR coating. Lithography is used to define contacts."<br>Borden, 1149.<br><br>"To characterize the passivation performance of the PE structure, n-type CZ wafers were coated front and back with a thin tunnel layer. Three base oxide layers were used: chem-ox, which is a chemical oxide formed after the standard MOS clean, and 8 and 10Å thick rapid thermal oxides (RTO). Amorphous silicon was then deposited and crystallized with a 30 second RTA at 1000°C. Lifetime was then measured using the Quasi Steady-State Photoconductance method (QSSPC). Figure 6 shows the results of this experiment."<br>Borden, 1150. |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| | "Full PE cell structures have been made. These are similar to the structure shown in figure 2, with base oxides of chem-ox and 8A under 300, 350 and 400 nm of in-situ doped p-type poly. Note that the base oxides underwent additional processing to provide suitable properties for this application, and this processing affects the final physical thickness. The data presented in Fig 7 are averages for seven 2x2 cm$_2$ cells in a 12.5x12.5 cm$_2$ area. The Suns-Voc measurement of Voc for these structures is shown in figure 7, indicating high Voc values consistent with the expected low $J_0$ structure. Higher values are found for the RTO dielectrics than the chem-ox, consistent with the results of figure 6, which suggests that the RIO provides improved interface passivation. Note that use of thinner poly provides a significant improvement in Voc."<br>Borden, 1150-1151.<br><br>**Figure 1:** Comparison of band structures for doped polysilicon--c-Si(n) cell with a tunnel insulator passivated interface (red and blue) and a-Si(p)--c-Si(n) heterojunction (black) cells.<br>Borden, Fig. 1. |

**EXHIBIT 2**

<table>
<tr><th>Claim 1</th><th>Borden</th></tr>
<tr><td></td><td>



**Figure 2:** Device structure and process flow. A) with diffused BSF (formed by diffusion during Rapid Thermal Anneal (RTA) of phosphorous doped poly) on n-type Si.

Borden, Fig. 2.

**Figure 3:** Process flow.




Borden, Fig. 3.
</td></tr>
</table>

**EXHIBIT 2**

<table>
<tr><th>Claim 1</th><th>Borden</th></tr>
<tr><td></td><td>



**Figure 5**: Physical thickness as measured with XPS as a function of growth time for three different tunnel dielectric processes, A, B and C.

Borden, Fig. 5.




**Figure 6**: QSSPC lifetimes for symmetric front/back PE structures on n-type CZ.

Borden, Fig. 6.
</td></tr>
</table>

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| | <br><br>**Figure 7:** QSSPC (black) and Suns-Voc (red) measurements of Voc for PE structures, for three increasing poly thicknesses (300, 350 and 400 nm)and three tunnel dielectric layers.<br>Borden, Fig. 7. |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| | <br>**Figure 9**: Internal quantum efficiencies for PE cells. Top: 100 nm n-type emitter, three types of base oxides. Bottom: 300, 350 and 400 nm p-type emitters.<br>Borden, Fig. 9. |

**EXHIBIT 2**

| Claim 1 | Borden |
| --- | --- |
| | <br><br>**Figure 10**: Suns-Voc and measured IV for a cell with a thick tunnel oxide as shown in the TEM of the interface, with poly on top and crystal silicon underneath<br><br>Borden, Fig. 10.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for |

EXHIBIT 2

| Claim 1 | Borden |
|---|---|
| | example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **1[c]** depositing at least one conductive and passivating layer on the at least one interface passivation layer, the at least one conductive and passivating layer comprising a dopant; | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"ABSTRACT: We report use of heavily doped polysilicon combined with a tunnel dielectric to provide an alternate to diffused junctions for silicon solar cells. Thin tunnel dielectrics (6-12Å) are fabricated using methods adapted from IC processing. These serve as diffusion barriers and passivation layers. When combined with heavily doped polysilicon, they can form an ideal step junction with interface passivation, enabling low dark currents not possible with diffused emitters. We show that it is possible to obtain hyper-abrupt junctions with the tunnel layer providing interface passivation, and that these junctions obtain a $V_{OC}$ of 676 mV on 780 µm thick substrates."<br>Borden, 1149.<br><br>"To characterize the passivation performance of the PE structure, n-type CZ wafers were coated front and back with a thin tunnel layer. Three base oxide layers were used: chem-ox, which is a chemical oxide formed after the standard MOS clean, and 8 and 10Å thick rapid thermal oxides (RTO). Amorphous silicon was then deposited and crystallized with a 30 second RTA at 1000°C. Lifetime was then measured using the Quasi Steady-State Photoconductance method (QSSPC).<br>Figure 6 shows the results of this experiment."<br>Borden, 1150.<br><br>"Full PE cell structures have been made. These are similar to the structure shown in figure 2, with base oxides of chem-ox and 8A under 300, 350 and 400 nm of in-situ doped p-type poly. Note that the base oxides underwent additional processing to provide suitable properties for this application, and this processing affects the final physical thickness. The data presented in Fig 7 are averages for seven 2x2 $cm^2$ cells in a 12.5x12.5 $cm^2$ area. The Suns-Voc measurement of Voc for these structures is shown in figure 7, indicating high Voc values consistent with the expected low $J_0$ structure. Higher values are found for the RTO dielectrics than the chem-ox, consistent with the results of figure 6, which suggests that the RIO provides improved interface passivation. Note that use of thinner poly provides a significant improvement in Voc." |

**EXHIBIT 2**

| Claim 1 | Borden |
| --- | --- |
| | Borden, 1150-1151.<br><br>“On the basis of these results, the path to a high efficiency PE cell structure is clear. The requirements include:<br>• A p-PE/c-Si(n) structure to minimize 10 and maximize lifetime,<br>• A tunnel layer with thickness <12A, formed with a rapid thermal process, and<br>• A thin poly, probably using a TCO layer to obtain lateral conductivity, as shown in figure 2a, or a thicker poly with optimized optical properties and a low sheet resistance.<br>• A textured front for higher $J_{sc}$ and a lower c-Si wafer thickness for higher $V_{oc}$ and FF.”<br>Borden, 1151-1152.<br><br><br><br>**Figure 1:** Comparison of band structures for doped polysilicon--c-Si(n) cell with a tunnel insulator passivated interface (red and blue) and a-Si(p)--c-Si(n) heterojunction (black) cells.<br><br>Borden, Fig. 1. |

EXHIBIT 2

| Claim 1 | Borden |
|---|---|
| | <br><br>**Figure 2:** Device structure and process flow. A) with diffused BSF (formed by diffusion during Rapid Thermal Anneal (RTA) of phosphorous doped poly) on n-type Si.<br>Borden, Fig. 2.<br>**Figure 3:** Process flow.<br><br><br>Borden, Fig. 3. |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| |  <br>**Figure 6**: QSSPC lifetimes for symmetric front/back PE structures on n-type CZ.<br>Borden, Fig. 6.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **1[d]** providing thermal treatment at a temperature of about 500°C. or higher, the thermal treatment crystallizing, at least in part, the at least one conductive and passivating layer and | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"To characterize the passivation performance of the PE structure, n-type CZ wafers were coated front and back with a thin tunnel layer. Three base oxide layers were used: chem-ox, which is a chemical oxide formed after the standard MOS clean, and 8 and 10Å thick rapid thermal oxides (RTO). Amorphous silicon was then deposited and crystallized with a 30 second RTA at 1000°C. Lifetime was then measured using the Quasi Steady-State Photoconductance method (QSSPC). Figure 6 shows the results of this experiment."<br>Borden, 1150. |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| facilitating diffusion of the dopant from the at least one conductive and passivating layer through the at least one interface passivation layer; and | **Figure 3:** Process flow.<br><br>Borden, Fig. 3. |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| | <br><br>**Figure 4:** SIMS boron and reference silicon profile for a boron-doped polysilicon test structure.<br>Borden, Fig. 4.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **1[e]** providing metallization as electrodes which directly contact the at least one conductive and passivating layer following the thermal treatment thereof, | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"The development test vehicle is a single-sided device, with a diffused back surface field and a front tunnel layer, as shown in figure 2, with the process flow given in figure 3. The standard back side enables understanding of the physics of the polysilicon emitter on the front. Two variations are being examined. The first uses a thin p-type poly with an overlaid ITO as an antireflection (AR) coating and contacting layer. The second uses a thicker poly with a $Si_3N_4$ AR coating. Lithography is used to define contacts."<br>Borden, 1149. |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| | "Because the IC equipment runs 300 mm wafers, we have been restricted to 780 µm thick CZ substrates without texture, and are constrained to available 300 mm substrates. The n-type substrates, with resistivity of 3-6 Ω-cm, consistently show lifetimes > 1 msec, but the p-type substrates of similar resistivity are variable. Therefore, most processing has been on n-type. This is in any case preferred to achieve higher bulk lifetime, but requires special consideration to block boron diffusion through the tunnel layer."<br>Borden, 1149-1150.<br><br>**Figure 2:** Device structure and process flow. A) with diffused BSF (formed by diffusion during Rapid Thermal Anneal (RTA) of phosphorous doped poly) on n-type Si.<br>Borden, Fig. 2. |

EXHIBIT 2

| Claim 1 | Borden |
|---|---|
| | **Figure 3:** Process flow.<br><br><br>Borden, Fig. 3.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **1[f]** wherein the dopant diffused through the at least one interface passivation layer provides shortened charge carrier | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"Figure 4 shows the boron SIMS profile for a junction test sample. Layers used in actual devices are thinner. Note that a sharp junction profile is obtained, in large part due to the blocking tunnel dielectric. The peak at the |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| flow paths between the substrate and the electrodes through the at least one conductive and passivating layer and the at least one interface passivation layer. | interface is in part due to the SIMS crossing the buried dielectric, as evidenced by the peak in the silicon profile (blue line), but may in part arise from boron segregation at the interface.”<br>Borden, 1150.<br><br><br>**Figure 2:** Device structure and process flow. A) with diffused BSF (formed by diffusion during Rapid Thermal Anneal (RTA) of phosphorous doped poly) on n-type Si.<br>Borden, Fig. 2.<br><br><br>**Figure 4:** SIMS boron and reference silicon profile for a boron-doped polysilicon test structure. |

**EXHIBIT 2**

| Claim 1 | Borden |
|---|---|
| | Borden, Fig. 4.<br><br><br>**Figure 6**: QSSPC lifetimes for symmetric front/back PE structures on n-type CZ.<br>Borden, Fig. 6.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |

EXHIBIT 2

## II. Dependent Claim 2

| Claim 2 | Borden |
|---|---|
| **2[pre]** The method of claim 1, | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>The support provided above for claim 1.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **2[a]** further comprising depositing at least one antireflective layer, and/or a low reflective index layer forming a good internal mirror on a back of the solar cell. | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"The development test vehicle is a single-sided device, with a diffused back surface field and a front tunnel layer, as shown in figure 2, with the process flow given in figure 3. The standard back side enables understanding of the physics of the polysilicon emitter on the front. Two variations are being examined. The first uses a thin p-type poly with an overlaid ITO as an antireflection (AR) coating and contacting layer. The second uses a thicker poly with a $Si_3N_4$ AR coating. Lithography is used to define contacts."<br>Borden, 1149.<br><br><br><br><br>**Figure 2:** Device structure and process flow. A) with diffused BSF (formed by diffusion during Rapid Thermal Anneal (RTA) of phosphorous doped poly) on n-type Si. |

**EXHIBIT 2**

| Claim 2 | Borden |
|---|---|
| | Borden, Fig. 2.<br><br>**Figure 3:** Process flow.<br><br><br>Borden, Fig. 3.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |

EXHIBIT 2

## III. Dependent Claim 4

| Claim 4 | Borden |
|---|---|
| **4[pre]** The method of claim 1, | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>The support provided above for claim 1.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **4[a]** wherein the thermal treatment results in perforation of the at least one interface passivation layer to allow carrier transport therethrough. | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"To characterize the passivation performance of the PE structure, n-type CZ wafers were coated front and back with a thin tunnel layer. Three base oxide layers were used: chem-ox, which is a chemical oxide formed after the standard MOS clean, and 8 and 10Å thick rapid thermal oxides (RTO). Amorphous silicon was then deposited and crystallized with a 30 second RTA at 1000°C. Lifetime was then measured using the Quasi Steady-State Photoconductance method (QSSPC). Figure 6 shows the results of this experiment."<br>Borden, 1150.<br><br>"The passivation is a function of the poly thickness. This can be expected, as a thinner poly minimizes the effect of polysilicon layer on the diffusion current formed with the structure. The advantage of the thinner base oxide is less clear, although this may arise because the thicker oxide forms a hole trap at the interface (the cause of an S-shaped IV for tunnel barriers that are too thick, as will be discussed below)."<br>Borden, 1150.<br><br>"Full PE cell structures have been made. These are similar to the structure shown in figure 2, with base oxides of chem-ox and 8A under 300, 350 and 400 nm of in-situ doped p-type poly. Note that the base oxides underwent additional processing to provide suitable properties for this application, and this processing affects the final physical thickness. The data presented in Fig 7 are averages for |

**EXHIBIT 2**

| Claim 4 | Borden |
|---|---|
| | seven 2x2 $cm^2$ cells in a 12.5x12.5 $cm^2$ area. The Suns-Voc measurement of Voc for these structures is shown in figure 7, indicating high Voc values consistent with the expected low $J_0$ structure. Higher values are found for the RTO dielectrics than the chem-ox, consistent with the results of figure 6, which suggests that the RIO provides improved interface passivation. Note that use of thinner poly provides a significant improvement in Voc."<br>Borden, 1150-1151.<br><br>**Figure 4:** SIMS boron and reference silicon profile for a boron-doped polysilicon test structure.<br>Borden, Fig. 4. |

EXHIBIT 2

| Claim 4 | Borden |
| --- | --- |
| | <br><br>**Figure 6**: QSSPC lifetimes for symmetric front/back PE structures on n-type CZ.<br>Borden, Fig. 6.<br><br><br>**Figure 7:** QSSPC (black) and Suns-Voc (red) measurements of Voc for PE structures, for three increasing poly thicknesses (300, 350 and 400 nm)and three tunnel dielectric layers.<br>Borden, Fig. 7.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover |

**EXHIBIT 2**

| Claim 4 | Borden |
|---|---|
| | Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |

## IV. Dependent Claim 8

| Claim 8 | Borden |
|---|---|
| **8[pre]** The method of claim 1, | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>The support provided above for claim 1.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **8[a]** wherein the at least one conductive and passivating layer comprises an amorphous, silicon containing compound, and | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"The objective of this work is to use IC processing to understand the process requirements for a polysilicon emitter. This enables use of well-characterized and controlled processes to determine which processes are best and to establish the process window. In general, processes are limited to a temperature window of <1050°C and time window in the 20-60 second range, to allow scaling while maintaining control."<br>Borden, 1149.<br><br>"Because the IC equipment runs 300 mm wafers, we have been restricted to 780 μm thick CZ substrates without texture, and are constrained to available 300 mm substrates. The n-type substrates, with resistivity of 3-6 Ω-cm, consistently show lifetimes > 1 msec, but the p-type substrates of similar resistivity are variable. Therefore, most processing has been on n-type. This is in any case preferred to achieve higher bulk lifetime, but requires special consideration to block boron diffusion through the tunnel layer."<br>Borden, 1149-1150.<br><br>"Full PE cell structures have been made. These are similar to the structure shown in figure 2, with base oxides of chem-ox and 8A under 300, 350 and 400 nm of in-situ doped p-type poly. Note that the base oxides underwent additional processing to provide suitable properties for this application, and this processing affects the final physical thickness. The data presented in Fig 7 are averages for seven 2x2 $cm^2$ cells in a 12.5x12.5 $cm^2$ area. The Suns-Voc measurement of Voc for these structures is shown in figure 7, indicating high Voc values |

EXHIBIT 2

| Claim 8 | Borden |
|---|---|
| | consistent with the expected low $J_0$ structure. Higher values are found for the RTO dielectrics than the chem-ox, consistent with the results of figure 6, which suggests that the RIO provides improved interface passivation. Note that use of thinner poly provides a significant improvement in Voc."<br>Borden, 1150-1151.<br><br>To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| **8[b]** wherein facilitating diffusion of the dopant further comprises facilitating diffusion of the dopant atoms into the substrate to provide a high-low junction or a p-n junction. | Borden discloses and/or renders obvious this limitation. *See, e.g.*,<br><br>"The development test vehicle is a single-sided device, with a diffused back surface field and a front tunnel layer, as shown in figure 2, with the process flow given in figure 3. The standard back side enables understanding of the physics of the polysilicon emitter on the front. Two variations are being examined. The first uses a thin p-type poly with an overlaid ITO as an antireflection (AR) coating and contacting layer. The second uses a thicker poly with a $Si_3N_4$ AR coating. Lithography is used to define contacts."<br>Borden, 1149.<br><br>"Because the IC equipment runs 300 mm wafers, we have been restricted to 780 µm thick CZ substrates without texture, and are constrained to available 300 mm substrates. The n-type substrates, with resistivity of 3-6 Ω-cm, consistently show lifetimes > 1 msec, but the p-type substrates of similar resistivity are variable. Therefore, most processing has been on n-type. This is in any case preferred to achieve higher bulk lifetime, but requires special consideration to block boron diffusion through the tunnel layer."<br>Borden, 1149-1150. |

EXHIBIT 2

| Claim 8 | Borden |
| --- | --- |
| | <br><br>**Figure 2:** Device structure and process flow. A) with diffused BSF (formed by diffusion during Rapid Thermal Anneal (RTA) of phosphorous doped poly) on n-type Si.<br>Borden, Fig. 2.<br><br><br>**Figure 4:** SIMS boron and reference silicon profile for a boron-doped polysilicon test structure.<br>Borden, Fig. 4. |

**EXHIBIT 2**

<table>
<tr><th>Claim 8</th><th>Borden</th></tr>
<tr><td></td><td>




**Figure 8**: IV curves for seven 2x2 cm isolated PE cells in a 12.5x12.5 $cm^2$ area with 400 nm p-type poly on n-Si.

Borden, Fig. 8.




**Figure 10**: Suns-Voc and measured IV for a cell with a thick tunnel oxide as shown in the TEM of the interface, with poly on top and crystal silicon underneath

Borden, Fig. 10.

To the extent that this limitation is not disclosed, either explicitly or inherently, by Borden, this limitation is obvious to a person of ordinary skill in the art based on (1) Borden alone, (2) the knowledge of a person of ordinary skill in the art; and/or (3) the teachings with respect to this claim element as detailed in the Cover

</td></tr>
</table>

EXHIBIT 2

| Claim 8 | Borden |
|---|---|
| | Pleading and/or other invalidity claim charts. The motivations to modify or combine may come from, for example, the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |