Yar R. Chaikovsky (SBN 175421)
yar.chaikovsky@whitecase.com
Philip Ou (SBN 259896)
philip.ou@whitecase.com
Bruce Yen (SBN 277920)
bruce.yen@whitecase.com
Jonathan Lamberson (SBN 239107)
lamberson@whitecase.com
Yolanda (Zhaoqi) Xu (SBN 345049)
yolanda.xu@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Plaintiff
BYD AMERICA LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

BYD AMERICA LLC,

Plaintiff,

v.

FIRST SOLAR, INC., A DELAWARE CORPORATION,

Defendant.

Case No. 3:26-cv-10776-PHK

**PLAINTIFF'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP PURSUANT TO LOCAL RULE 3-15**

BYD America LLC is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Shangluo BYD Industrial Co., Ltd.
- BYD (H.K.) Co., Limited
- BYD Company Ltd.

BYD further discloses that First Solar Inc. previously asserted U.S. Pat. No. 9,130,074 (the "'074 patent") against the following parties in the International Trade Commission ("ITC") and/or in cases pending in this Judicial District or in the District of Delaware, and therefore these entities may have an interest in the outcome of this proceeding:

- AXITEC, LLC
- AXITEC Energy GmbH & Co. KG
- AXITEC SOLAR, LLC
- Canadian Solar Inc.
- CSI Solar Co., Ltd.
- Canadian Solar (USA) Inc.
- Canadian Solar Mfg. (Thailand) Co., Ltd.
- Canadian Solar US Module Mfg. Corp.
- Canadian Solar Int'l Ltd.
- JA Solar Tech. Co., Ltd.
- JA Solar USA, Inc.
- JA Solar AZ, LLC
- JA Solar Int'l, Ltd.
- JA Solar Vietnam Co., Ltd.

- JinkoSolar Holding Co., Ltd.
- Jinko Solar Co., Ltd.
- Jinko Solar (Vietnam) Indus. Co. Ltd.
- Jinko Solar Tech. Sdn. Bhd.
- Zhejiang Jinko Solar Co. Ltd.
- JinkoSolar (U.S.) Inc.
- JinkoSolar (U.S.) Mfg. Inc.
- JinkoSolar (U.S.) Indus. Inc.
- Mundra Solar PV Ltd.
- Mundra Solar Energy Ltd.
- Adani Green Energy Ltd.
- Philadelphia Solar LLC
- Philadelphia Solar USA Inc.
- Hanwha Q Cells USA Inc.
- Hanwha Q Cells Am. Inc.
- Hanwha Q Cells USA Corp.
- Hanwha Solutions Corp.
- Jiangsu Runergy New Energy Tech. Co., Ltd.
- Runergy USA Inc.
- Runergy Alabama Inc.
- Runergy USA Trading LLC
- Runergy PV Tech. (Thailand) Co., Ltd.
- Trina Solar Co., Ltd.
- Trina Solar (U.S.), Inc.
- Trina Solar Energy Development Co., Ltd.
- Changzhou Trina Solar Energy Co., Ltd.
- Trina Solar Yiwu Tech. Co., Ltd.
- T1 Energy, Inc.

- T1 G1 Dallas Solar Module LLC
- Vietnam Sunergy Joint Stock Co.
- VSUN Solar USA Inc.
- Toyo Co., Ltd.
- Toyo Solar Texas, LLC
- IC Star Solar (USA) LLC d/b/a Imperial Star
- Tesla, Inc.

Dated: September 25, 2026

By: */s/ Jonathan Lamberson*

Yar R. Chaikovsky (SBN 175421)
yar.chaikovsky@whitecase.com
Philip Ou (SBN 259896)
philip.ou@whitecase.com
Bruce Yen (SBN 277920)
bruce.yen@whitecase.com
Jonathan Lamberson (SBN 239107)
lamberson@whitecase.com
Yolanda (Zhaoqi) Xu (SBN 345049)
yolanda.xu@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Plaintiff
BYD AMERICA LLC